# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANTHONY GEORGE ROSS,

    Plaintiff(s),

vs.

HEAD JAILER, CARLYLE HOLDER,
F.C.C./USP-2 COLEMAN, FL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV153-3-V

DECISION BY COURT.  This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2006, Order.

    Signed: December 28, 2006

    _____
    Frank G. Johns, Clerk
    United States District Court